B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Timothy Alan O'Donnell / Karen Louise O'Donnell**, Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:** CitiMortgage

**Describe Property Securing Debt:** 3464 Timberline Drive, Clyde, MI 48049

Property will be (check one):
■ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt   ■ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:** Clyde Township

**Describe Property Securing Debt:** 3464 Timberline Drive, Clyde Township 48049

Property will be (check one):
■ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt   ■ Not claimed as exempt

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Clyde Township Treasurer** | **Describe Property Securing Debt:**<br>**3464 Timberline Drive, Clyde, MI 48049 primary residence** |

Property will be (check one):
   ■ Surrendered                        ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Talmer Bank and Trust** | **Describe Property Securing Debt:**<br>**3464 Timberline Drive, Clyde, MI 48049** |

Property will be (check one):
   ■ Surrendered                        ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **March 25, 2015**        Signature **/s/ Timothy Alan O'Donnell**
                                                        **Timothy Alan O'Donnell**
                                                        Debtor

Date **March 25, 2015**        Signature **/s/ Karen Louise O'Donnell**
                                                          **Karen Louise O'Donnell**
                                                        Joint Debtor